M. P. No. 73-91. PAWTUXET VALLEY BUS LINES, INC. *v.* HARRY McKANNA, JR. *et al., individually and in their capacities as members of the School Committee of the Town of West Warwick.* Plaintiff's petition for writ of certiorari granted. Defendant's motion to dismiss appeal is denied. Defendant's motion to vacate the stay order entered on March 22, 1973 granted. Defendant's motion to vacate original restraining order entered in the Superior Court on February 23, 1973 is granted. Joslin, J., not participating. *Beals, Jerue & DiFiore, Albert DiFiore,* for plaintiff. *Charles J. McGovern, John S. Brunero,* Town Solicitor, for defendants.

M. P. No. 73-92. STATE *v.* JOHN E. VARGUS. Petition for writ of habeas corpus for the purpose of reducing bail denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *John F. Sheehan,* for defendant-petitioner.

M. P. No. 73-93. STATE *v.* JOHN J. CHODOR. Petition for writ of habeas corpus for the purpose of reducing bail denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *John F. Sheehan, Thomas Troy,* Dorchester, Mass., for defendant-petitioner.

M. P. No. 73-100. BENJAMIN LEANDER *et al. v.* ZONING BOARD OF REVIEW OF THE TOWN OF WEST WARWICK *et al.* Petition for writ of certiorari denied. Joslin, J., not participating. *John D. Lynch,* for petitioners. *Louis A. Petrarca, Jr.,* for Forcier Industries, Inc. *et al., John S. Brunero,* Town Solicitor, for respondents.

M. P. No. 73-104. STATE *ex rel.* W. J. LYNCH *v.* GEORGE OGLEY, JR. Petition for writ of supervisory control denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff-respondent. *Aram K. Berberian,* for defendant-petitioner.